Monday, December 29, 2014

14th Court of Appeals
Hon. Christopher A. Prine
301 Fannin, Rm. 245
Houston, TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 31 2014

CHRISTOPHER A. PRINE
CLERK

MAILED
12 30 14 A

Re: Court of Appeals No. 14-14-00640-CV
    Trial Court No. 76429-F, 300th District Court, Brazoria County

Dear Mr. Prine:

I am notifying you of a change in my address.
I have been transferred to the Stringfellow unit.
I am preparing to submit my appellate brief and
need to know how many copies are required. I do
not have access to a computer or copy machine
at this facility. Please advise. My mailing address
and phone number is as follows:
Tuan Anh Tran, TDCJ # 01764381
Stringfellow Unit
1200 F.M. 655
Rosharon, TX 77583
phone: (281) 595-3413

Sincerely,

Tuan Anh Tran, Pro Se

FOREVER

NORTH HOUSTON TX

30 DEC 2014 FM 1 L

Tuan Anh Tran, # 1764381
Stringfellow Unit
1800 FM 655
Rosharon, TX 77583

Fourteenth Court of Appeals
Attn: Hon. Christopher A. Prine
301 Fannin, Rm. 245
Houston, TX 77002

77002206270

LEGAL MAIL